Mary Ann Jones, Respondent, v. The Utica and Black River Railroad Company, Appellant — Judgment and order reversed, and a new trial

ordered, with costs to abide the event. Opinion by Hardin, P. J.